UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO.  22-001465-JMC-13 |
| Bruce and Barbara Kimbley | ) | |
|    Debtor(s) | ) | |
| | ) | |

**MOTION TO MODIFY SECURED**
**DEBT WITH ASO EQUITY PARTNERS, LLC**

Comes now the Debtors, by counsel, and files their Motion for Approval of Loan Modification with ASO Equity Partners, LLC and serviced by FCI Lender Services, Inc., would respectfully state as follows:

1. That the Applicants are the Debtors in the above Chapter 13 case, in which the Court has previously confirmed a Chapter 13 Plan.

2. That the Debtor has applied and received conditional approval for a mortgage loan modification with ASO Equity Partners, LLC.

3. That the new post modification principal balance would be $72,032.45 with an interest rate of 6.664% per annum and would require a principal, and interest payment plus insurance and taxes of $400.00 per month and a balloon payment on May 1, 2033 for real property commonly known as 706 S. Worth Avenue, Indianapolis, Indiana 4624. The proposed loan modification agreement is attached to this Motion.

WHEREFORE, the Debtors pray that, after such notice as the Court may require, the Debtors be awarded permission for said modification, and for all other proper relief.

                                                 /s/ Carrie L. Breedlove
                                               Carrie L. Breedlove
                                               Attorney at Law

Walton Legal Services, P.C.<br>
5610 Crawfordsville Rd., #1200<br>
Indianapolis, IN 46224<br>
(317) 241-2900<br>
(317) 241-2155 FAX<br>
darlener@waltonlegal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee                                                 John Hauber, Chapter 13 Trustee

/s/ Carrie L. Breedlove_____
Carrie L. Breedlove
Attorney at Law
Walton Legal Services, P.C.

I further certify that on March 23, 2023 a copy of the foregoing Motion was mailed by First-Class U.S. Mail postage prepaid, and properly addressed to the following:

ASO Equity Partners, LLC
PO Box 420202
Atlanta, GA 30342

| | | |
|---|---|---|
| | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | FCI Lender Services<br>P.O. Box 28720<br>Anaheim, CA 92809-0157 |
| First Financial Investment Fund V, Llc<br>3091 Governors Lake Drive Suite 500<br>Peachtree Corners, GA 30071-1135 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MARION COUNTY TREASURER<br>200 E WASHINGTON ST, STE 1041<br>INDIANAPOLIS IN 46204-3318 | MIDLAND CREDIT MANAGEMENT, INC. as agent for<br>Asset Acceptance, LLC<br>Po Box 2036<br>Warren MI 48090-2036 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Shellpoint Mortgage Servicing<br>Attn: Recovery Dept.<br>P. O. Box 19024<br>Greenville, SC 29602-9024 | Walton Legal Services<br>5610 Crawfordsville Road, #1200<br>Indianapolis, IN 46224-3784 | |
| | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients     13<br>Bypassed recipients      0<br>Total                   13 |